IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBORAH FLAGG,<br><br>    Plaintiff,<br><br>v.<br><br>THE ADT CORPORATION,<br><br>    Defendant. | Civil Action File No.:<br>1:16-cv-02561-TCB |

NOTICE OF VOLUNTARY DISMISSAL AS TO THE ADT CORPORATION

    Plaintiff, Deborah Flagg, through her undersigned counsel, hereby dismisses this action against Defendant, The ADT Corporation, only, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    Respectfully submitted this 15th day of August, 2016,

                                                                     **BERRY & ASSOCIATES**

                                                                   */s/ Matt Berry*
                                                                   Matt Berry
                                                                   Georgia Bar No.: 055663
                                                                   matt@mattberry.com
                                                                   Ph.    404-235-3334
                                                                   Fax    404-235-3333

                                                                   *Plaintiff's Attorney*

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2016, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.  I also served a copy of the foregoing document on The ADT Corporation via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

David J. McGrath
ADT, LLC
1501 Yamato Road
Boca Raton, FL 33431

**BERRY & ASSOCIATES**

*/s/ Matt Berry*
Matt Berry
Georgia Bar No.: 055663
matt@mattberry.com

*Plaintiff's Attorney*